[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 07-11179
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 4, 2008
THOMAS K. KAHN
CLERK

D. C. Docket No. 05-02689-CV-TCB
BKCY No. 04-06420-BKC-JE

In Re:  TRACY JOSEPH HEDRICK,
        THERESA ANN HEDRICK,

                                                      Debtors.

_____

NEIL C. GORDON, Trustee for the Estate of Tracy
Joseph Hedrick and Theresa Ann Hedrick,

                                                      Plaintiff-Appellant,

                             versus

NOVASTAR MORTGAGE, INC.,

                                                      Defendant-Appellee.

_____

No. 07-11187
_____

D. C. Docket No. 05-03123-CV-TCB-1
BKCY No. 03-68468-BKC-MGD

In Re: SOM R. SHARMA,

Debtor.

_____

NEIL C. GORDON,
Trustee for the Estate of
Santosh K. Sharma,

Plaintiff-Appellant,

versus

ABN AMRO MORTGAGE GROUP, INC.,

Defendant-Appellee.

_____

Appeals from the United States District Court
for the Northern District of Georgia

_____

**(June 4, 2008)**

ON PETITION FOR REHEARING

Before CARNES and BARKETT, Circuit Judges, and COHN,[*] District Judge.

PER CURIAM:

After considering the appellant's petition for panel rehearing and suggestion

for rehearing en banc, we revise our opinion filed on April 15, 2008, and

_____

[*] Honorable James I. Cohn, United States District Judge for the Southern District of
Florida, sitting by designation.

2

published at 524 F.3d 1175, in one respect. The first two sentences of the first full paragraph on page 1189 are deleted, and the following sentence is substituted in their place:

> Section 547(e)(2)(A)'s primary purpose is to defeat § 547(b)(2)'s antecedent debt requirement by causing transfers that are perfected within ten days to be "made" at the time of the transfer. See Dorholt v. Linquist (In re Dorholt, Inc.), 239 B.R. 521, 523 (B.A.P. 8th Cir. 1999), aff'd, 224 F.3d 871 (8th Cir. 2000); 5 Collier on Bankruptcy ¶ 547.05[5][a], at 547–97 (15th ed. rev. 2006).

> With regard to the other issues raised, the petition for panel rehearing is

DENIED. This order does not affect appellant's petition insofar as it is a suggestion for rehearing en banc.